**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

_____

No. 00-10676
Summary Calendar
Civil Docket #4:98-CV-923-Y

_____

NATALIE F. HIMES,

Plaintiff-Appellant,

versus

DALLAS/FORT WORTH MEDICAL CENTER-GRAND PRAIRIE; ET. AL.,

Defendants,

DALLAS/FORT WORTH MEDICAL CENTER-GRAND PRAIRIE;
BAYLOR MEDICAL CENTER OF IRVING; COLUMBIA MEDICAL
CENTER OF ARLINGTON,

Defendants-Appellees,

GROUPONE SERVICES, INC.; ALL SAINTS HEALTH SYSTEM,

Defendants-Counter Claimants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Texas
_____0
January 26, 2001

Before DAVIS, JONES, and DeMOSS, Circuit Judges.

EDITH H. JONES, Circuit Judge:[*]

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Appellant challenges a district court order temporarily staying her case while the U.S. District Court for the Northern District of Texas inquires whether her counsel should be disbarred from that court because he has been disbarred from the U.S. Supreme Court and the Tenth Circuit Court of Appeals. Because the court's stay order is temporary, it is not a final order that can secure our jurisdiction under 28 U.S.C. § 1291. Further we perceive no basis for calling this an appealable collateral order.

**APPEAL DISMISSED.**